IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY WHITE,<br><br>        Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, an Operating Subsidiary of Cigna Corporation; and DOUGLAS COUNTY, NEBRASKA,<br><br>        Defendants. | 8:21CV415<br><br>JUDGMENT OF DISMISSAL |

This matter comes before the Court on the plaintiff's Motion for Dismissal (Filing No. 31).  The Court, being advised in the premises, finds that the Motion is granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice.  All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated this 12th day of September, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge